✍ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,              :        **07 CRM 1220**

    - v. -                              :        NOTICE OF INTENT TO
                                                    FILE AN INFORMATION

RHEA DEVLUGT WICKLUND,                 :
 a/k/a "Jasmine St. Claire,"
                                   :

        Defendant.                     **JUDGE LYNCH**
                                   :
- - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           October 15, 2007

                                       MICHAEL J. GARCIA
                                       United States Attorney

             By:    _/s/ Thomas G. A. Brown_
                     THOMAS G. A. BROWN
                     Assistant United States Attorney

                     AGREED AND CONSENTED TO:

             By:    _/s/ Raymond R. Granger_
                     RAYMOND R. GRANGER, ESQ.
                     Attorney for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 3 0 2007

11/30/07 WHEEL A