UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

UNITED STATES OF AMERICA

      - v. -

RHEA DEVLUGT WICKLUND,
 a/k/a "Jasmin St. Claire"

                   Defendant

---------------------------------------X

WAIVER OF INDICTMENT

07 CR. _____ (GEL)

**07 CRIM 1220**

JUDGE LYNCH

      RHEA DEVLUGT WICKLUND, a/k/a "Jasmin St. Claire", the above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1341, 1346, 1952(a)(3)(A), 1956(a)(1)(B)(i), and 2, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DEC 21 2007

_____
RHEA DEVLUGT WICKLUND
Defendant

_____
WITNESS

_____
RAYMOND R. GRANGER
Attorney for Defendant

Date:    New York, New York
         December 21, 2007

0293